**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01588-CMA-MEH

NORTEL NETWORKS INC., and
NORTEL NETWORKS INC., in its capacity as Plan Sponsor and a Fiduciary of the Nortel Networks Long-Term Investment Plan and the Nortel Networks Retirement Income Plan,

 Plaintiffs,

v.

KRISTIN T. DURGAN,
BRUCE TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan,
PATRICIA TRAEGDE, Conservator and Guardian of the Minors E. Durgan and
 A. Durgan, and
LARRY DURGAN,

 Defendants;

NORTEL NETWORKS INC., and
NORTEL NETWORKS INC., in its capacity as Plan Sponsor and a Fiduciary of the Nortel Networks Long Term Investment Plan and the Nortel Networks Retirement Income Plan,

 Plaintiffs and Counterclaim Defendants,

v.

BRUCE TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan, and Personal Representative of the Estate of James Durgan,
PATRICIA TRAEGDE, Conservator and Guardian of the Minors E. Durgan and
A Durgan, and Personal Representative of the Estate of James Durgan,

 Defendants, Counterclaimants and Third-Party Plaintiffs,

v.

NORTEL NETWORKS LONG-TERM INVESTMENT PLAN, Effective July 1, 1979,
as Amended and Restated Effective January 1, 2007,
NORTEL NETWORKS, INC. RETIREMENT INCOME PLAN, as Amended and
Restated Effective January 1, 2007, and
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Third-Party Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL OF
## THIRD-PARTY DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA

Pursuant to the parties' Notice of Dismissal Pursuant to F.R.C.P. 1(a) and (c) (Doc. # 33), the Court ORDERS that Third-Party Defendant Prudential Insurance Company of America is hereby DISMISSED.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of The Prudential Insurance Company of America as a Third-Party Defendant in this case.

DATED:  November  17 , 2009

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge