IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01588-CMA-MEH

NORTEL NETWORKS, INC., and
NORTEL NETWORKS, INC., in its capacity as Plan Sponsor and a Fiduciary of the Nortel Networks Long-Term Investment Plan and the Nortel Networks Retirement Income Plan,

    Plaintiffs,

v.

KRISTIN T. DURGAN,
BRUCE TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan,
PATRICIA TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan, and
LARRY DURGAN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2009.**

    Plaintiffs' Unopposed Motion for Joinder of Parties [filed December 11, 2009; docket #41] is **granted**. Finding that it has asserted a right to relief jointly with the Plaintiffs in this action arising out of the same transaction(s) and there exists a common question of law or fact as to all Plaintiffs, Nortel Networks Long-Term Investment Plan is hereby joined as a Plaintiff in this action. Finding that a right to relief is asserted against her jointly with the Defendants in this action arising out of the same transaction(s) and there exists a common question of law or fact as to all Defendants, Pamela J. Dominguez is hereby joined as a defendant in this action. The Clerk of the Court is directed to amend the caption of this action accordingly.