IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01588-CMA-MEH

NORTEL NETWORKS, INC., and
NORTEL NETWORKS, INC., in its capacity as Plan Sponsor and a Fiduciary of the Nortel Networks Long-Term Investment Plan and the Nortel Networks Retirement Income Plan,

      Plaintiffs and Counterclaim Defendants,

v.

BRUCE TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan,
PATRICIA TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan, and

      Defendants, Counter Claimants and Third-Party Plaintiffs,

v.

NORTEL NETWORKS, INC. RETIREMENT INCOME PLAN,
NORTEL NETWORKS LONG-TERM INVESTMENT PLAN,

      Third-Party Defendants.

PENSION BENEFIT GUARANTY CORPORATION,

      Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 26, 2010.**

      The Joint Motion for Entry of Order Staying Discovery From the Pension Benefit Guaranty Corporation and Pension Plan on Third Party Complaint [filed February 25, 2010; docket #59] is **granted**. For good cause shown, discovery is temporarily stayed in this matter with regard to the Third Party Complaint filed August 20, 2009, until further order from the Court.

      The parties are ordered to appear at a Status Conference on **March 31, 2010, at 9:30 a.m.** in Courtroom 203 of the Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado, to discuss the progression of PBGC's determination of Mr. Durgan's benefits. At that time, the Court will determine whether discovery should proceed. If they wish, the parties may appear at the conference by telephone by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.