## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01588-CMA-MEH

NORTEL NETWORKS INC. and
NORTEL NETWORKS INC., in its capacity as Plan Administrator and Fiduciary of the Nortel Networks Long-Term Investment Plan and the Nortel Networks Retirement Income Plan,

    Plaintiffs,

v.

KRISTIN T. DURGAN,
BRUCE TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan,
PATRICIA TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan, and
LARRY DURGAN,

    Defendants.

NORTEL NETWORKS INC. and
NORTEL NETWORKS INC., in its capacity as Plan Administrator and Fiduciary of the Nortel Networks Long-Term Investment Plan and the Nortel Networks Retirement Income Plan,

    Plaintiffs, and Counterclaim Defendants

v.

BRUCE TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan, and Personal Representative of the Estate of James Durgan,
PATRICIA TRAEGDE, Conservator and Guardian of the Minors E. Durgan and A. Durgan, and Personal Representative of the Estate of James Durgan,

    Defendants, Counterclaimants, and Third Party Plaintiffs,

v.

NORTEL NETWORKS LONG-TERM INVESTMENT PLAN, Effective July 1, 1979, as Amended and Restated Effective January 1, 2007,
NORTEL NETWORKS INC. RETIREMENT INCOME PLAN, as Amended and Restated Effective January 1, 2007,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Third-Party Defendant,

    Third Party Defendants.

## CONSENT ORDER DISMISSING
## NORTEL NETWORKS' RETIREMENT INCOME PLAN

On July 2, 2009, plaintiff Nortel Networks Inc. filed this interpleader action to resolve issues related to the benefits earned by James G. Durgan, *inter alia*, under the Nortel Networks Retirement Income Plan (the "Pension Plan"). After its appointment as statutory trustee of the Pension Plan, the Pension Benefit Guaranty Corporation ("PBGC") appeared in order to represent the Plan.

Recently, all issues relating to Mr. Durgan's rights under the Pension Plan were resolved. Accordingly, PBGC seeks to have the Pension Plan dismissed from this action. All other parties consent to the requested dismissal.

Now therefore, it is hereby ORDERED AND ADJUDGED that:

The Pension Plan is dismissed with prejudice from this action, pursuant to Fed. R. Civ. P. 41(a)(2).

This __18th__ day of July, 2011.

_____
The Honorable Judge Christine M. Arguello
United States District Court for the District of Colorado

*[signature]*
Matthew John Rita, Esq.
FORD & HARRISON LLP
1675 Broadway, Suite 2150
Denver, CO 80202
303-592-8860
303-592-8861 (Fax)
mrita@fordharrison.com

Tiffany D. Downs, Esq.
FORD & HARRISON LLP
1275 Peachtree St., N.E., Suite 600
Atlanta, GA 30309
404-888-3800
404-888-3863 (Fax)
tdowns@fordharrison.com


Counsel for Plaintiffs



_____
Roger F. Sagal, Esq.
The Tisdel Law Firm, P.C.
P.O. Box 646, 645 Second Street
Ouray, CO 81427
(970) 325-4414
(970) 325-7333 (Fax)
roger@tlfirm.com

Counsel for Bruce and Patricia Traegde



_____
Stephen D. Schreiber, Esq.
Vicente Matias Murrell, Esq.
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005
(202) 326 – 4020, ext. 3580
(202) 326 – 4112 (Fax)

Matthew John Rita, Esq.
FORD & HARRISON LLP
1675 Broadway, Suite 2150
Denver, CO 80202
303-592-8860
303-592-8861 (Fax)
mrita@fordharrison.com

Tiffany D. Downs, Esq.
FORD & HARRISON LLP
1275 Peachtree St., N.E., Suite 600
Atlanta, GA 30309
404-888-3800
404-888-3863 (Fax)
tdowns@fordharrison.com

Counsel for Plaintiffs

_____
Roger J. Sagal, Esq.
The Tisdel Law Firm, P.C.
P.O. Box 646, 645 Second Street
Ouray, CO 81427
(970) 325-4414
(970) 325-7333 (Fax)
roger@tlfirm.com

Counsel for Bruce and Patricia Traegde


Stephen D. Schreiber, Esq.
Vicente Matias Murrell, Esq.
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005
(202) 326 – 4020, ext. 3580
(202) 326 – 4112 (Fax)

Atlanta:492674.1

Matthew John Rita, Esq.
FORD & HARRISON LLP
1675 Broadway, Suite 2150
Denver, CO 80202
303-592-8860
303-592-8861 (Fax)
mrita@fordharrison.com

Tiffany D. Downs, Esq.
FORD & HARRISON LLP
1275 Peachtree St., N.E., Suite 600
Atlanta, GA 30309
404-888-3800
404-888-3863 (Fax)
tdowns@fordharrison.com


Counsel for Plaintiffs



Roger F. Sagal, Esq.
The Tisdel Law Firm, P.C.
P.O. Box 646, 645 Second Street
Ouray, CO 81427
(970) 325-4414
(970) 325-7333 (Fax)
roger@tlfirm.com

Counsel for Bruce and Patricia Traegde

*/s/*

Stephen D. Schreiber, Esq.
Vicente Matias Murrell, Esq.
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005
(202) 326 – 4020, ext. 3580
(202) 326 – 4112 (Fax)